IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ARTHUR I NAVARRO and NANCY §
T. NAVARRO, individually and on §
behalf of their minor children, §
§
Plaintiffs, § No. 3:16-cv-1147-S
§
V. §
§
GOLDEN STATE CLAIMS §
ADJUSTERS, §
§
Defendant. §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 27, 2018, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. The Court hereby DENIES the Navarros' Motion for Partial Summary Judgment Against Defendant Preferred Contractors Insurance Company, RRG ("PCIC") [Dkt. No. 41], GRANTS PCIC's Amended Motion for Summary Judgment [Dkt. No. 59], and DENIES PCIC's Motion for Default Judgment [Dkt. No. 59].

SO ORDERED this 18th day of September, 2018.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE